UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GLORIA PONCE DE GIJON, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:17-cv-02083-JDE <br><br> ORDER TO SHOW CAUSE RE DEFAULT |

On June 19, 2018, the Court issued a First Amended Case Management Order (Dkt. 25, "CMO") directing, among other things, that Plaintiff was to file a motion for judgment on the pleadings within twenty-eight days of the date of the CMO, and Defendant was to file an opposition/cross-motion for judgment on the pleadings within twenty-eight days of the service of Plaintiff's motion. CMO § II(A). On July 5, 2018, the Court granted Plaintiff's request to extend her time to file her motion for judgment on the pleadings to August 16, 2018. Dkt. 28. Plaintiff filed her motion for judgment on the pleadings on August 16, 2018. Dkt. 29. As a result, Defendant's opposition/cross-motion was due to be filed under the CMO by September 13, 2018. As of the date of this Order, the Court has not received such a filing from Defendant.

As a result, Defendant is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why default should not be entered against Defendant and judgment entered in favor of Plaintiff for Defendant's failure to comply with the CMO by failing to timely file an opposition/cross-motion for judgment on the pleadings. Defendant may comply with this Order by, within fourteen (14) days of the date of this order: (1) filing an appropriate opposition/cross-motion for judgment on the pleadings under the CMO; or (2) filing a statement of non-opposition to Plaintiff's motion and a consent to remand.

IT IS SO ORDERED.

Dated: September 18, 2018        _____
JOHN D. EARLY
United States Magistrate Judge